PROB 12C
(6/16)

Report Date: April 5, 2019

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 8 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Travis Shane Barnes | Case Number: 0980 1:15CR02061-LRS-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 25, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e)(1) | | |
| Original Sentence: | Prison - 41 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | August 8, 2018 |
| Defense Attorney: | Nicolas V. Vieth | Date Supervision Expires: | August 7, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about January 13, 2019, and March 6, 2019, Mr. Barnes consumed methamphetamine.<br><br>Mr. Barnes' conditions were reviewed with him on August 8, 2018.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 21, as noted above.<br><br>On January 14, 2019, Mr. Barnes reported to the United States Probation office. During this visit, he admitted to consuming methamphetamine on or about January 13, 2019, and signed a drug use admission form.<br><br>On March 7, 2019, Mr. Barnes reported to the United States Probation Office. During this visit, he admitted to consuming methamphetamine on or about March 6, 2019, and signed a drug use admission form. |

Prob12C
Re: Barnes, Travis Shane
April 5, 2019
Page 2

2     **Special Condition #20**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** On or about January 13, 2019, and March 6, 2019, Mr. Barnes consumed alcohol.

Mr. Barnes' conditions were reviewed with him on August 8, 2018. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 20, as noted above.

On January 14, 2019, Mr. Barnes reported to the United States Probation Office. During this visit, he admitted to consuming alcohol on or about January 13, 2019, and signed a drug use admission form.

On March 7, 2019, Mr. Barnes reported to the United States Probation Office. During this visit, he admitted to consuming alcohol on or about March 6, 2019, and signed a drug use admission form.

3     **Standard Condition #9:** After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence:** On April 1, 2019, Mr. Barnes failed to report as directed to the United States Probation Office.

Mr. Barnes' conditions were reviewed with him on August 8, 2018. He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 9, as noted above.

On March 25, 2019, Mr. Barnes reported to the United States Probation Office. During this visit, the undersigned instructed him to report next to the probation office on April 1, 2019. Mr. Barnes failed to report as directed on April 1, 2019, and his current whereabouts is unknown.

On April 2 and 5, 2019, the undersigned spoke with Mr. Barnes' mother and roommate. She advised she had not seen Mr. Barnes since approximately March 28, 2019, and his current whereabouts is unknown to her.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Barnes, Travis Shane
April 5, 2019
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2019

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/8/19
Date