PROB 12C
(6/16)

Report Date: January 2, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis Shane Barnes   Case Number: 0980 1:15CR02061-LRS-1

Address of Offender:                  Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 25, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(e)(1) | |
| Original Sentence: | Prison - 41 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (8/15/2019) | Prison - 4 months; TSR - 32 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 9, 2019 |
| Defense Attorney: | Ricardo Hernandez | Date Supervision Expires: May 8, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Barnes is considered to be in violation of his conditions of supervised release by failing to report to the probation office on December 18 and 20, 2019.

Mr. Barnes' conditions were reviewed with him on September 9, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.

On December 11, 2019, Mr. Barnes received verbal and written instructions to report to the probation office on December 18, 2019, on which the offender failed to report.

On December 18, 2019, based on reports Mr. Barnes' son was in the hospital, the undersigned officer went to Astria hospital searching for Mr. Barnes, but was unable to

Prob12C
**Re: Barnes, Travis Shane**
**January 2, 2020**
Page 2

contact the offender. The undersigned officer made contact with Mr. Barnes' mother who reported the offender had not been home since the previous day and was not responding to her attempts to contact him. The undersigned officer sent Mr. Barnes a text message and left a voicemail message instructing him to report to the probation office by the end of the day, which he failed to report as directed.

On December 19, 2019, Mr. Barnes' mother reported the offender had not been home. The undersigned officer called Mr. Barnes, leaving a voicemail instructing the offender to report to the probation office on the morning of December 20, 2019, which he again failed to report. As of this writing, Mr. Barnes' whereabouts are currently unknown.

2    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Barnes is alleged to be in violation of his conditions of supervised release by failing to attend drug and alcohol treatment on December 17 and 19, 2019.

Mr. Barnes' conditions were reviewed with him on September 9, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions which includes special condition number 3, as noted above.

On December 19, 2019, the undersigned officer received a call from Mr. Barnes' counselor from Comprehensive Healthcare's mentally ill chemically addicted (MICA) program. The Counselor reported Mr. Barnes failed to attend group on December 17, 2019, and efforts to contact the offender had been unsuccessful.

On December 20, 2019, the undersigned officer received a phone call from MICA counselor reporting Mr. Barnes failed to attend group on December 19, 2019, as well.

3    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Barnes is alleged to be in violation of his conditions of supervised release by admitting to using methamphetamine on October 4 and 25, 2019, and testing positive for methamphetamine on October 31, 2019.

Mr. Barnes' conditions were reviewed with him on September 9, 2019. He signed his conditions of supervised release acknowledging an understanding of his conditions which includes special condition number 4, as noted above.

On October 4, 2019, Mr. Barnes reported to the United States Probation Office. The offender signed a drug use admission form, acknowledging using methamphetamine daily from September 28 to October 2, 2019.

Prob12C
Re: Barnes, Travis Shane
January 2, 2020
Page 3

On October 25, 2019, Mr. Barnes reported to the United States Probation Office. The offender signed a drug use admission form, acknowledging using methamphetamine daily from October 17 to 24, 2019.

On October 31, 2019, the undersigned officer collected a urine sample from the offender, which Alere Toxicology service confirmed to contain methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 2, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/3/20
Date